Mary Jo O'Neill, AZ Bar No. 005924
Andrea Baran, MO Bar # 46520
Nancy Griffiths, IN Bar #19498-64A
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona  85012
Telephone:  (602) 640-4632
Fax: (602) 640-5009
E-mail: mary.oneill@eeoc.gov
andrea.baran@eeoc.gov
nancy.griffiths@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | Case No. |
| Plaintiff, | **COMPLAINT AND JURY TRIAL DEMAND** |
| vs. | |
| Murphy School District No. 21, | |
| Defendant. | |

## **NATURE OF THE ACTIONS**

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age, and to provide appropriate relief to a group of employees denied benefits based on their age under a facially age-discriminatory early retirement incentive plan ("aggrieved individuals"). Plaintiff, the United States Equal Employment Opportunity Commission (the "Commission"), brings this claim against Defendant Murphy School District No. 21 ("Defendant") alleging that since at least 2008, Defendant maintained a facially age-discriminatory early

retirement incentive plan that provided a larger cash benefit to younger early retirees and cuts off any early incentive benefit to those age 61, 63, 65 and above, depending on years of service.

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is brought pursuant to Section 7(b) of the Age Discrimination in Employment Act, as amended, 29 U.S. C. § 626(b) ( the "Act")' which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

**PARTIES**

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of the ADEA, and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended.

4. At all relevant times, Defendant, Murphy School District No. 21, ("Defendant") has continuously been operating and doing business in the State of Arizona and the County of Maricopa, and has continuously had at least twenty (20) employees.

5. At all relevant times, Defendant Murphy School District has continuously

been an employer, within the meaning of Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

6. At all relevant times, Defendant Murphy School District has continuously been a political subdivision of the State of Arizona.

7. Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect a voluntary compliance with the ADEA through informal methods of conciliation, conferences and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## **STATEMENT OF CLAIM**

8. Since at least 2008, Defendant has engaged in unlawful employment practices in violation of Section 4(2)(b) of the ADEA, 29 U.S.C. §623(a)(2) by utilizing a policy titled "Retirement of Professional Staff Members." This policy provides for retiring employees to be compensated at rates which decrease based on the retiring employee's age as follows:

(a) Employees retiring with five through nine years of service:

| Age | Percentage |
|---|---|
| 64 | salary plus 3% |
| 63 | salary plus 6% |
| 62 | salary plus 9% |
| 61 | salary plus 12% |
| 60 | salary plus 15% |
| Less than 60 | salary plus 15% |

(b) Employees retiring with ten through twenty-four years of service:

- 3 -

| Age | Percentage |
|---|---|
| 62 | salary plus 2% |
| 61 | salary plus 3% |
| 60 | salary plus 6% |
| 59 | salary plus 11% |
| 58 | salary plus 16% |
| 57 | salary plus 21% |
| Less than 57 | salary plus 21% |

(c) Employees retiring with twenty-five or more years of service:

| Age | Percentage |
|---|---|
| 60 | salary plus 3% |
| 59 | salary plus 5% |
| 58 | salary plus 10% |
| 57 | salary plus 15% |
| 56 | salary plus 20% |
| 55 | salary plus 25% |
| Less than 55 | salary plus 25% |

9. Defendant's Retirement of Professional Staff Members plan for retiring employees (as described in Paragraph 6 above) was implemented for the purpose of creating an incentive for employees to retire at a younger age.

10. Defendant's Retirement of Professional Staff Members plan for retiring employees (as described in Paragraph 6 above) is an Early Retirement Incentive Plan ("ERIP").

11. On its face, Defendant's ERIP (as described in Paragraph 6 above) discriminates based on age by providing for older employees to be compensated at lower rates than are paid to younger employees.

12. On its face, Defendant's ERIP (as described in Paragraph 6 above) discriminates based on age by providing compensation at rates which decrease based on increased years of age.

13. Defendant's ERIP discriminates based on age, in violation of the ADEA, 29 U.S.C. § 623(a)(2).

14. Defendant's ERIP is inconsistent with the purposes of the ADEA.

15. The effect of the practices complained of in the foregoing paragraphs has been to deprive employees who have retired since 2008 of equal employment opportunities, and otherwise adversely affect their status as employees, because of their age.

16. The unlawful employment practices complained of in the foregoing paragraphs were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S. C. § 626(b).

## **PRAYER FOR RELIEF**

The Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Murphy School District No. 21, its members of the Governing Board, officers, employees, agents, and all persons in active concert or participation with them, from engaging in age discrimination and any other employment practice which discriminates on the basis of age.

B. Grant a permanent injunction enjoining Defendant Murphy School District No. 21 from offering any early retirement incentive program and/or retirement

plan which pays reduced benefits based on age.

    C.     Grant judgment requiring Defendant to pay all employees who retired between 2008 and the present, and were age 61, 63, 65 or over when they retired, the difference between the amount each was paid as compensation, and the amount each would have been paid plus prejudgment interest and an equal sum as liquidated damages.

    D.     Order Defendant to institute and carry out policies, practices, and programs which provide equal opportunity early retirement incentive benefits for qualified individuals, and which eradicate the effects of its past and present unlawful employment practices.

    E.     Order Defendant Murphy School District to make whole all individuals adversely affected by the unlawful practices above, by providing affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to the amount to which a class of employees denied benefits based on their age under the policy would be entitled but for the unlawful discrimination.

    F.     Order Defendant Murphy School District to provide to each of members of the class of employees denied benefits based on their age under the policy a sum equal to the amount of their backpay as liquidated damages.

    G.     Grant such further relief as this Court deems necessary and proper in the public interest.

    H.     Award the Commission its costs of this action.

# JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED: April 7, 2014.

RESPECTFULLY SUBMITTED,

P. DAVID LOPEZ
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street NE, 5th Floor
Washington, DC  20507 0004

*/s/ Mary Jo O'Neill*
MARY JO O'NEILL
Regional Attorney

*/s/ Andrea G. Baran*
ANDREA BARAN
Supervisory Trial Attorney

*/s/ Nancy Griffiths*
NANCY GRIFFITHS
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
3300 N. Central Avenue, Suite 690
Phoenix, Arizona  85012
Attorneys for Plaintiff